Argued June 4—decided June 4, 1963

MARY MUTI *v.* THOMAS COLLINS, FIRE CHIEF, ET AL.

Upon motion by the defendants for review of the order terminating the stay of execution in the appeal from a judge of the Superior Court in New Haven County, the court finds no error in the termination of the stay.

*Roger J. Frechette,* for the appellants (defendants).

*Richard A. LoRicco,* for the appellee (plaintiff).

Argued June 4—decided June 4, 1963